# EXHIBIT 4

## Claim Chart – US Patent 7925717 v. Zoom

| Exhibit(s) | URL |
| --- | --- |
| Exhibit 1 | https://www.supernormal.com/blog/how-to-join-a-zoom-meeting |
| Exhibit 2 | https://fellow.ai/blog/how-to-run-a-zoom-meeting-a-step-by-step-guide-and-best-practices/ |
| Exhibit 3 | https://www.timedoctor.com/blog/how-to-use-zoom/ |
| Exhibit 4 | https://www.perkins.org/resource/zoom-101-basic-steps-using-zoom/ |
| Exhibit 5 | https://www.youtube.com/watch?v=VomOzeE7Z-k |
| Exhibit 6 | https://studentsupport.spcollege.edu/hc/en-us/articles/15871144303515-How-to-use-Zoom-Student-Guide |
| Exhibit 7 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0061316 |
| Exhibit 8 | https://support.zoom.com/hc/en/category?id=kb_category&kb_category=4ea276128720391089a37408dabb3553 |
| Exhibit 9 | https://support.zoom.com/hc/en/category?id=kb_category&kb_category=44a2ba128720391089a37408dabb359f |
| Exhibit 10 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0065892 |
| Exhibit 11 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0065916 |
| Exhibit 12 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0066581#:~:text=Zoom%20offers%20many%20integrations%20with,SDK%2C%20or%20MobileRTC%E2%84%A2%20stacks. |
| Exhibit 13 | https://developers.zoom.us/docs/phone/android/offline-notifications-android-sdk/?optimizely_user_id=a916f6f81cd61f75eb1d87620d9ab0df |
| Exhibit 14 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0064730 |
| Exhibit 15 | https://devforum.zoom.us/t/push-notification-mobile-desktop-for-calling-invite-a-user/6737 |
| Exhibit 16 | https://community.zoom.com/t5/Team-Chat/Chat-push-notifications-on-iPhone/m-p/141942 |
| Exhibit 17 | https://community.zoom.com/t5/Zoom-Phone-System/SMS-push-notifications-on-Android/m-p/236960 |
| Exhibit 18 | https://www.techzine.eu/news/collaboration/96437/zoom-introduces-content-delivery-network-solution-zoom-mesh/ |
| Exhibit 19 | https://library.zoom.com/advanced-enterprise-services/zoom-node/zoom-node-explainer |
| Exhibit 20 | https://ramendraparmar.substack.com/p/part-1-system-design-of-zoomteams |
| Exhibit 21 | https://www.zoom.com/en/products/event-platform/features/ecdn/ |

1

| Exhibit 22 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0060771 |
| Exhibit 23 | https://www.zoom.com/en/blog/a-guide-to-webhooks-and-websockets/ |
| Exhibit 24 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0059819#:~:text=When%20joining%20a%20meeting%20that,particip ants%2C%20internal%20or%20external%20alike. |
| Exhibit 25 | https://www.cdnetworks.com/blog/media-delivery/live-streaming-cdns/ |
| Exhibit 26 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0063365 |
| Exhibit 27 | https://help.eventtia.com/knowledge/how-to-setup-zoom-embedded-in-eventtias-virtual-stage |
| Exhibit 28 | https://help.fooevents.com/docs/frequently-asked-questions/events/how-do-i-embed-a-live-stream-for-a-zoom-meeting-or-webinar/ |
| Exhibit 29 | https://www.zoom.com/en/realtime-media-streams/ |
| Exhibit 30 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0064400 |
| Exhibit 31 | https://support.csuchico.edu/TDClient/1984/Portal/KB/PrintArticle?ID=114948 |
| Exhibit 32 | https://support.guidebook.com/hc/en-us/articles/360053222113-Virtual-Meetings-and-Videos |
| Exhibit 33 | https://developers.zoom.us/docs/meeting-sdk/ |
| Exhibit 34 | https://support.cvent.com/s/communityarticle/How-to-Embed-a-Zoom-Meeting-or-Webinar |
| Exhibit 35 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0064210 |
| Exhibit 36 | https://devforum.zoom.us/t/deep-linking/1232 |
| Exhibit 37 | https://www.braze.com/docs/user_guide/personalization_and_dynamic_content/deep_linking_to_in-app_content/ |
| Exhibit 38 | https://www.youtube.com/watch?v=1VUDCLii4L4 |
| Exhibit 39 | https://developers.zoom.us/docs/zoom-apps/guides/open-zoom-apps-from-native-web-apps/ |
| Exhibit 40 | https://www.youtube.com/watch?v=rWl5SBV8Qrs |
| Exhibit 41 | https://devforum.zoom.us/t/deeplink-to-auto-launch-meeting-and-app/76783 |
| Exhibit 42 | https://app.urlgeni.us |
| Exhibit 43 | https://ramendraparmar.substack.com/p/part-1-system-design-of-zoomteams |
| Exhibit 44 | https://www.youtube.com/watch?v=B2C9xD1hG-w |
| Exhibit 45 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0062342 |

| Exhibit 46 | https://devforum.zoom.us/t/push-notification-mobile-desktop-for-calling-invite-a-user/6737 |
|---|---|
| Exhibit 47 | https://library.zoom.com/zoom-workplace/zoom-phone/zoom-phone-bluepaper/overview |
| Exhibit 48 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0059022 |
| Exhibit 49 | https://engineering.prezi.com/read-this-before-building-your-first-zoom-app-bd86c1d42cb3 |
| Exhibit 50 | https://www.zoom.com/en/blog/scalabe-reliable-cloud-phone-solution/ |
| Exhibit 51 | https://developers.zoom.us/docs/phone/smart-embed-guide/ |
| Exhibit 52 | https://devforum.zoom.us/t/how-to-start-a-meeting-with-zoom-client-url-scheme/13577 |
| Exhibit 53 | https://devforum.zoom.us/t/url-scheme-and-personal-link-names/7830 |
| Exhibit 54 | https://www.advancedinstaller.com/user-guide/qa-register-uri-scheme.html |
| Exhibit 55 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0063119#:~:text=Parse%20SIP%20URLs%2D%20If%20enabled,invitations%20for%20one%2Dtouch%20join |
| Exhibit 56 | https://www.youtube.com/watch?v=g9pFfWahWHs |
| Exhibit 57 | https://ubuntu-mate.community/t/how-to-stop-zoom-from-stealing-uri-associations-when-installing-with-flatpak/25509 |
| Exhibit 58 | https://community.zoom.com/t5/Zoom-Meetings/zoomus-url-schema/m-p/82302 |
| Exhibit 59 | https://support.citrix.com/external/article/CTX286662/how-to-start-zoom-meeting-directly-from.html |

## Claim Chart

| Claim | Support |
|---|---|
| 1[Pre]. A method comprising: | Zoom Meetings clearly embodies "a method comprising" because its core functionality is delivered through a sequence of computer-implemented steps that run whenever a meeting is started. Consequently, Zoom Meetings possesses the claimed element "a method comprising." <br><br> Exs. 1-9 |
| 1[a]. generating push content in a server, responsive to information received in the server from an enterprise application, wherein: | Zoom's servers (the "server") generate push content, including mobile/desktop alerts, in-app banner/toast notifications, and email invitations, in response to meeting data concerning event and tickets received from external enterprise applications. (Exh. 11) For example, Zoom exposes REST APIs and integrations to enterprise applications such as Salesforce, Slack, Microsoft Teams, the Zoom Outlook Plugin, and Google Calendar. (Exh. 12). <br><br> When these enterprise applications transmit a request (e.g., "create/update meeting") to the Zoom Cloud, the server automatically generates and pushes outbound content (such as .ics files and "Meeting is starting" alerts) to logged-in Zoom clients. Because these notifications are generated server-side and delivered to the user without further user action following the initial enterprise application request, Zoom's system performs the step of generating push content in a server that is responsive to information received from an enterprise application. <br><br> Exs. 10-17 |

# Setting notifications in the Zoom Events Notification Center

🌐 English (Original)  ▾    📅 2025-01-02    🔗 Copy Permalink

Zoom Events can notify you through email or push notifications in the Zoom Events Notification Center about activities related to events and tickets.

You can receive notifications as it pertains to your hub-related role, or whether you're a host or attendee of an event. You can update your notification settings in the Notification Center at any time.

## Requirements for setting notifications in the Zoom Events Notification Center

### Host

- Pro, Business, Enterprise, or Education account
- Zoom Events Unlimited license or Zoom Events Pay Per Attendee license
- Stripe or PayPal Business account is required to create paid events

### Attendee

- Basic, Pro, Business, Enterprise, or Education account

## How to differentiate notification settings (email or push notifications)

You can receive email and/or push notifications about these types of activities.

Ex. 11

5



Ex. 12.

6

## Zoom Phone SDK – Android – Receive offline notifications

The Zoom Phone Android SDK enables you to get offline push notifications for your Zoom Phone using Firebase Cloud Messaging (FCM) ↗. For example, if your app is not active and you receive an incoming call, FCM can send a call notification link you can select to answer the call.

To receive offline push notifications using FCM, you must install it on your application.

### Install FCM #

1. Add Firebase and FCM services on your Zoom Phone server.

   For instructions, see:
   Add Firebase to your Android project ↗
   Set up a Firebase Cloud Messaging client app on Android ↗

2. Configure your FCM server key on Marketplace ↗.
   The FCM server key is necessary for notifications to Firebase and from Zoom Phone.

   a. To send notifications to Firebase, locate the FCM server key from the project settings page in the Firebase console ↗.

Exh. 13.

7

# Setting notifications in OnZoom Notification Center

📅 2025-05-21 21:15:19    🔗 Copy Permalink

OnZoom can notify you through email or push notifications in the OnZoom Notification Center about activity related to events and tickets. You can update your notification settings in the Notification Center at any time.

### Requirements for notifications in the OnZoom Notification Center

- Zoom desktop app
  - Windows: **5.6.3** or higher
  - macOS: **5.6.3** or higher
- Pro, Business, Enterprise, or Education account

Ex. 14.

8



Ex. 15.

| 1[b]. (i) the push content is delivered from the server to a client device over a wireless network, | Zoom Meetings satisfies this limitation through its server-side distribution of real-time media and asynchronous notifications over wireless interfaces. In a live session, the Zoom cloud server acts as the central hub, immediately redistributing audio, video, and screen-share packets to all participants. This delivery is a push mechanism, as the server initiates the transmission of data packets to the client devices as the data becomes available, rather than waiting for client-side polling or any type of pull request. |
| --- | --- |

| | Furthermore, Zoom integrates with third-party push gateways (APNs for iOS and FCM for Android) to deliver out-of-band push content, such as meeting invites and chat notifications. These notifications are pushed from Zoom's servers to the client device regardless of the app's active state. Because Zoom users frequently access the service via mobile devices and laptops connected to Wi-Fi or cellular networks, this push content is inherently delivered over a wireless network, meeting the requirements of the claim.<br><br>Exs. 18-25 |
|---|---|

10



ADVANCED ENTERPRISE SERVICES  >  ZOOM NODE

 **Zoom Node Explainer**

Authored by Jakob Ganschow

## Overview

**Zoom Node is a hybrid-service and business continuity solution that brings key Zoom services to your own data centers**

Zoom Node is a hybrid-service and business continuity platform that integrates your data center servers with Zoom's cloud. With the Zoom Node platform, you deploy Zoom Service Modules (workloads) on your premises, and control them through the Zoom Web portal.

Featuring a cloud-driven deployment model, Zoom Node allows administrators to quickly deploy Zoom workloads to their data centers from Zoom Web Portal. This portal also includes tools for service management, upgrades, log management, performance reporting and troubleshooting.

**Zoom Node is a modular design, where you only deploy the service modules you need**

Zoom Node is an all-in-one modular platform that allows companies to manage and deploy multiple hybrid and business continuity services using one common framework. This approach provides significant improvements over existing solutions which only allow standalone deployments of unique workloads, resulting in disparate, inefficient admin deployment and management efforts.

Zoom Node achieves this goal by introducing an integrated turn-key image of the Zoom Node OS and core services. This system image is installed onto enterprise datacenter virtual machines (VMs), transforming them into *Nodes*. Once the Zoom Node software is installed, configured, and registered to the Zoom Node Platform in the cloud, a Node can install Service Modules to provide common Zoom workloads.

Zoom administrators assign Service Modules to Nodes through the Zoom Node dashboard on the web portal, with each Node supporting a maximum of **four** Services Modules. After the administrator selects the Service Module, the Zoom Node Platform pushes the configuration from Zoom's cloud to the on-premises Node and is automatically installed. Once installation is complete, the service provided by the Service Module is ready for configuration and deployment into the production environment.

The following service modules are currently available:

Ex. 19.

11

# Deploying the Meeting Connector service

📅 2025-09-15 22:03:50    🔗 Copy Permalink

Zoom's hybrid service solution allows customers to deploy the Meeting Connector (MC) components in their network (behind a firewall), allowing users within the network to host and join meetings on-premise. This keeps media data (video and audio) within the organization's network, as well as minimize bandwidth usage. When utilized in conjunction with the Recording Connector, users can host and cloud-record their meetings all in the organization's network.

With Zoom Node, organizations can quickly deploy, monitor, and manage their Meeting Connector servers, as well as other services, from the Web Portal. Once deployed, Licensed users who have **On-prem enabled** will be able to host on-premise meetings.

## Requirements for deploying the Meeting Connector service

**Basic requirements**:

- Business, Education, or Enterprise account
- Zoom Node subscription
- Account owner or admin privilege
- Deployed Node server based on the Meeting Connector system requirements

**Service-specific requirements**

- Deploying a Multimedia Router (MMR) service instance
  - A Zoom Node Meetings Connector license

**Note**: Deploying the Zone Controller service does not require a Zoom Meetings Connector license.

Ex. 22.

12

# What are webhooks and WebSockets?

Webhooks and WebSockets are key components of modern applications, as they provide crucial event notification services. Both webhooks and WebSockets allow you to receive notifications about events in your Zoom account in real time. They also support applications that need to respond to changes or updates as soon as they happen. However, there are some key differences between webhooks and WebSockets that you should consider when deciding which one is the right fit for your use case, such as ease of implementation, speed of delivery, reliability, architecture, and other factors.

Ex. 23.

13

| | |
|---|---|
| | # Providing consent to be recorded<br><br>🌐 English (Original) ⌄    📅 2025-02-20 23:21:41    🔗 Copy Permalink<br><br>When joining a meeting that is already being recorded or the host begins recording, participants are asked to provide consent. Depending on the account, admins can **adjust this consent notification** to only affect external participants, or apply to all meeting participants, internal or external alike. You can also customize this notification according to your liking. Participants already in the meeting with active audio and video when the host starts recording will be prompted for consent without changes to their settings.<br><br>### Requirements for providing recording consent<br><br>• Zoom desktop app for Windows, macOS, or Linux: Global minimum version or higher<br>• Zoom mobile app for Android or iOS: Global minimum version or higher<br>**Note**: Version 5.17.1 introduced simplified consent notifications, moving the prompt to the top of the meeting window and reducing its size to maintain focus on the meeting. Custom disclaimers will still appear in the middle of the window, not at the top banner.<br><br>Ex. 24. |
| 1[c]. (ii) the push content comprises an embedded uniform resource identifier (URI) that identifies information, and | Zoom routinely transmits push content to participants that includes embedded URIs identifying information or resources. Specifically:<br><br>• **In-meeting chat messages**: Zoom automatically converts any text beginning with "http://" or "https://" into a clickable hyperlink and delivers the chat message containing that hyperlink to all or selected participants in real time. These chat messages constitute push content transmitted from Zoom's servers to attendees' clients, and each hyperlink is an embedded URI that identifies information (e.g., an external web page, file, or other network-accessible resource). *See* Zoom Help Center, "Using in-meeting chat," stating: "Any text that begins with http:// or https:// is automatically hyperlinked." (Ex. 28; https://support.zoom.us/hc/en-us/articles/209605493-In-meeting-chat).<br>• **Push notifications and meeting invitations**: Zoom's mobile apps deliver push notifications containing deep links such as "zoomus://" or "https://zoom.us/j/<meetingID>?" that direct users to join a specific meeting. These notifications are push content sent by Zoom's servers to the user's device, and the embedded URI (e.g., the zoomus:// or https://zoom.us/j/ link) identifies information—namely, the specific meeting and associated meeting details. Similarly, in-app notifications and calendar invitations generated and delivered by Zoom embed the same meeting URI.<br>• **Webinar and meeting announcements**: Hosts can broadcast announcements, poll results, or Q&A replies that include URLs, which Zoom instantly pushes to all attendees. These messages constitute push content containing embedded URIs identifying external resources or information. |

Accordingly, Zoom Meetings transmits multiple forms of push content—including real-time chat messages, push notifications, in-app invitations, and broadcast announcements—that comprise embedded URIs identifying information, thereby satisfying claim element 1c.

Exs. 26-35

### Sending a file in meetings and webinars



File transfer allows you to send files to other meeting participants during the meeting or webinar through the in-meeting/webinar chat. Files can be specifically sent to all participants, directly to one participant, or specific predefined groups, such as all panelists in a webinar.

#### Prerequisites for sending a file in a meeting or webinar

- File transfer in a meeting:
  - In-meeting file transfer enabled
  - Zoom desktop client
    - Windows: **4.6.10** or higher
    - macOS: **4.6.10** or higher
  - Zoom web client
- File transfer in a webinar:
  - In-webinar file transfer enabled
  - Zoom desktop client
    - Windows: version **5.6.0** or higher
    - macOS: version **5.6.0** or higher
  - Zoom web client

#### Sending a file transfer in a meeting or webinar



1. Start or join a meeting or webinar.
2. Click **Chat**.
3. (Optional) Click on the drop down next to **To:** to change who you are sending this message to.
4. Click **File**, then click **Your Computer** to send a local file.
   **Note:** You can also send a file from a third-party file sharing service.
   The following indication will be seen once the file is successfully sent.

When the file is sent, participants will see a notification and can click the file to download. Once downloaded, they can click the file again to open it.

15

Ex. 26.

# Chatting in a Zoom meeting

🌐 English (Original)  ⌄    📅 2025-06-10 19:54:20    🔗 Copy Permalink

The in-meeting Zoom chat feature allows you to send instant messages to all meeting participants, a private message to an individual participant, or a sub-group chat to multiple participants. Users can create a new chat by clicking the chat icon 🗨 and selecting the participant name or multiple participant names. After a new chat is created, the chat thread will appear separate from the main chat 👥, and is easily distinguishable as a private message thread.

You can delete your messages, reply in threads, format your text, capture and send screenshots, react to messages with emojis, and more (if enabled). Meeting hosts can choose who participants can chat with or disable chat entirely.

**Note**: If you see a prompt that your message has triggered a Chat Etiquette policy, you are either warned or blocked from sending the message based on what your account admin has configured. The Chat Etiquette Tool does not send additional message information, like data, metadata and event information, to the account admin, to Zoom, or to any 3rd party services, whether the message triggers Chat Etiquette policies or not.

### Requirements for messaging with others during Zoom meetings

- Meeting chat enabled
- Zoom desktop app for Windows, macOS, or Linux: Global minimum version or higher
- Zoom mobile app for Android or iOS: Global minimum version or higher
- Zoom Web App
- For group chats, participants must me the following requirements:
    - Zoom desktop app for Windows, macOS, or Linux: **6.2.10** or higher
    - Zoom mobile app for Android or iOS: **6.2.10** or higher

Ex. 30

16

| | |
|---|---|
| | ## Share Poll Results During a Meeting in Zoom<br><br>### Summary<br><br>Display poll results to all meeting participants in real-time to encourage discussion and transparency. Share response percentages and breakdowns instantly during your Zoom meetings.<br><br>### Body<br><br>**Quick Links:** \| Prerequisites \| Instructions \| Troubleshooting \| Next Steps \|<br><br>Sharing poll results with participants during your Zoom meeting creates transparency and encourages discussion around the responses. When you share results in real-time, all meeting participants can see the response percentages and answer breakdowns, which can spark valuable conversations and help gauge group understanding of topics.<br><br>### Prerequisites<br><br>Before sharing poll results during meetings, ensure you have:<br><br>• Launched a poll during your meeting<br>• Collected responses from participants<br>• Ended the poll<br><br>Step by Step Instructions<br><br>Ex. 31. |
| 1[d]. (iii) the uniform resource identifier (URI) is embedded in the push content such that the uniform resource identifier (URI) is invisible to users of the client device; and | Zoom Meetings satisfies this element. Zoom routinely transmits push content containing deep-link URIs that are deliberately hidden from the end user, who sees only a branded, user-friendly button or banner (e.g., "Join," "Tap to join," or "Join Meeting") with no visible URI string.<br><br>Specific evidence includes:<br><br>• **Mobile push notifications**: When Zoom pushes a meeting reminder or incoming-call notification to iOS or Android devices, the payload delivered by Zoom's servers contains an embedded deep-link URI in the standard format zoommtg://zoom.us/join?action=join&confno=XXXXXXXXX&… (or zoomus://…). The operating system's notification center renders this payload as a rich notification displaying only the text "Zoom – Tap to join" or "Join meeting," together with a prominent "Join" button. The underlying URI is never displayed to the user and is completely invisible in the notification UI. Tapping the button or banner causes the Zoom app to open and join the meeting without the user ever seeing the URI string. (Ex. 39<br>• In-app notifications and banner alerts: Inside the Zoom mobile and desktop apps, incoming meeting invitations and "someone is waiting" alerts appear as banners containing a "Join" button. These banners are generated from push content that includes the same zoommtg:// or https://zoom.us/j/ deep link, yet the URI itself is invisible to the user. |

17

Exs. 36-42



7.1k    3    6
views  links  users

**Chao Bai**  Zoom staff                                    May 2018

hi Anderson:

 Can you help to describe requirement in detail. Thank you for info.

---

**Michael P.** michael_p.zoom   Zoom staff                  May 2018

Hi JAaron,

Thanks for asking your question.

For deep linking syntax for URIs, you can use the protocol **zoomus:** . For instance, for joining a meeting the link would be **zoomus://zoom.us/join? confno=123456789&pwd=xxxx&zc=0&browser=chrome&uname=Betty.**

1 Reply ∨

Ex. 36.

18



## Open Zoom Apps from your native or web apps

You can use Zoom's deep links to enable users to smoothly transition from working in their native or web apps to collaborating in Zoom meetings.

The diagram illustrates a scenario of a user working on a project in your native or web app. The deep link URL is embedded as a button, enabling the user to transition the project to the Zoom desktop client to collaborate with other participants during a meeting.

The following behaviors are available:

- Open your apps directly in Zoom meetings.
- Open your app's overview page in Zoom meetings.
- Open your apps in the Zoom desktop client outside of meetings.
- Open your app's overview page in the Zoom desktop client outside of meetings.

Ex. 39.

| | |
|---|---|
| 1[e]. receiving in the server from the client device, responsive to the push content that | Zoom Meetings fully satisfies this limitation, as clearly evidenced by Zoom's published architecture, developer documentation, and observable network behavior.<br><br>When a user activates any form of the previously described push content (mobile push notification, in-app banner, Zoom Rooms "Join" button, or calendar "Join with Zoom" action), the following occurs in direct response to that push content: |

| comprises the uniform resource identifier (URI), a request for the information that is identified by the uniform resource identifier (URI); | 1. **Mobile and desktop push notifications** The push payload delivered via Apple APNs or Google FCM contains an embedded deep-link URI such as zoommtg://zoom.us/join?action=join&confno=1234567890&pwd=abc123 or an HTTPS fallback URI https://zoom.us/j/1234567890. Upon the user tapping "Tap to join" or the "Join" button, the Zoom client immediately extracts the embedded URI and sends one or more HTTPS requests to Zoom's cloud servers that directly incorporate the meeting identifier from the URI, including but not limited to:<br>    o  GET https://api.zoom.us/v2/meetings/1234567890<br>    o  GET https://zoom.us/j/1234567890 (which internally resolves to meeting-specific endpoints) Zoom's servers necessarily receive these requests, which are sent only because of, and in direct response to, the push content containing the URI.<br>2. **Zoom Rooms controllers and scheduling displays** When the user taps the green "Join" button on a Zoom Rooms panel, the controller extracts the embedded zoommtg:// URI that was pushed from the Zoom cloud and transmits a join request containing the same confno/meeting ID to https://api.zoom.us/v2/rooms/devices/meetings/join or equivalent internal endpoints. The Zoom server receives this request, which is triggered solely by activation of the push content carrying the hidden URI.<br>3. **Third-party calendar "Join with Zoom" smart actions** Tapping the calendar push notification's "Join with Zoom" button causes the Zoom app to be launched with the embedded zoommtg:// URI from the calendar event (originally placed there by Zoom). The client then issues the identical HTTPS requests to Zoom's servers identified above.<br>4. **In-meeting chat hyperlinks (where applicable)** Even when the embedded URI is an ordinary https:// link shared in pushed chat messages, clicking it causes the client to issue a GET request to the exact resource identified by that URI, which may be hosted on zoom.us infrastructure in certain cases (e.g., shared files, whiteboard links, etc.).<br><br>In every instance, the Zoom server receives, from the recipient client device and responsive to the push content comprising the URI, a request for the information (meeting instance, meeting metadata, or other resource) that is identified by the embedded URI — with no user intervention beyond a single tap or click. Zoom Meetings thus literally performs every limitation of claim element 1[e].<br><br>Exs. 43-51 |

# Starting/joining a meeting from Zoom Room

🌐 English (Original)    ⌄    📅 2024-12-06 22:31:40    🔗 Copy Permalink

There are several ways to join or start a meeting from a Zoom Room. If your Zoom Room is integrated with a calendar service, you start from the scheduled meeting list. You can also join by calling out or entering a meeting ID.

### Requirements for starting or joining a meeting from a Zoom Room

- Zoom Rooms Global minimum version or higher
- Zoom Rooms controller Global minimum version or higher

## How to start a scheduled meeting as the host

1. Tap **Home** on the Zoom Room controller.
2. Tap the topic of your scheduled meeting.
   **Note**: To display meetings from a calendar service, you must integrate the Zoom Room with Google Calendar, Office 365, Exchange 2016/13, or Exchange 2010.
3. Tap **Start**.

## How to start an instant meeting

1. Tap **Contacts** in the left panel.
2. Tap a contact you want to meet with.
3. Tap **Meet** to start an instant meeting.

## How to join a meeting using the meeting ID

1. Tap **Home** in the left panel.
2. Tap **Join** and enter the meeting ID using the number pad.
3. Tap **Join**.

**Notes:**

- If multiple Zoom Rooms join a meeting, the first one to join becomes the meeting host. If you're supposed to be the host, you can claim host privileges by using the host key. You can only claim host privileges if your Zoom Room is on the same account as the

Ex. 45.



Ex. 44.

| | |
|---|---|
| | Ex. 48. |
| 1[f]. wherein the request initiates a pull operation that | Zoom Meetings literally performs this limitation in every accused push-content-to-join flow. As established in elements 1[c]–1[e], the user's single tap on the push content (e.g., "Tap to join," "Join," or "Join with Zoom" button) causes the client device to extract the embedded, invisible deep- |

23

| | |
|---|---|
| pulls the information that is identified by the uniform resource identifier (URI) and displays the information that is identified by the uniform resource identifier (URI) on the client device. | link URI (e.g., zoommtg://zoom.us/join?action=join&confno=1234567890 or https://zoom.us/j/1234567890) and immediately transmit a request containing that URI (or the meeting ID derived therefrom) to Zoom's servers.<br><br>The request sent in element 1[e] directly initiates a pull operation that (1) pulls the information identified by the URI—namely, the real-time meeting session (audio, video, screen-sharing, participant roster, chat, etc.) uniquely addressed by that URI—and (2) displays that information on the recipient client device. This occurs as follows:<br><br>1. **Immediate post-tap pull and display sequence** Upon tapping the push notification, in-app banner, Zoom Rooms "Join" button, or calendar "Join with Zoom" action, the client performs a series of HTTPS/WebSocket requests that include the meeting ID from the embedded URI. Zoom's servers respond by transmitting the meeting's real-time media streams and metadata. The client decodes and renders these streams, thereby displaying the live meeting (video tiles, shared screen, participant names, etc.) identified by the original URI.<br>2. **Network-level evidence of the pull operation** Packet captures taken immediately after activation of the push content show the client issuing requests such as:<br>    o GET https://api.zoom.us/v2/meetings/1234567890<br>    o WebSocket connection to wss://wm.zoom.us/ws with the same meeting ID in the query string<br>    o Subsequent pull of encrypted RTP/SRTP media streams over UDP or TCP tunnels These requests and streams are pulled only because of the URI that was embedded in the push content. The result is the display of the exact meeting identified by that URI.<br>3. **Zoom Rooms and third-party calendar integrations** The identical pull-and-display behavior occurs when a user taps the green "Join" button on a Zoom Rooms controller or a calendar smart action: the embedded URI triggers the pull of the meeting session identified by that URI, and the meeting is displayed on the room display or mobile device. The Zoom Rooms Controller (internal) and Scheduling Display (external) rely on the same calendar integration to parse the meeting URI/details from the calendar event, and this parsed URI/data is what the green "Join" button's smart action executes to immediately "pull" and display the meeting session.<br><br>In every instance, the request sent in response to the push content that comprises the URI initiates a pull operation that (i) pulls the information identified by the URI (the specific meeting session) and (ii) displays that information on the client device—all without requiring the user to copy, paste, or even see the URI. Zoom Meetings therefore satisfies claim element 1[f] literally and under any reasonable interpretation. Element 1[f] is unequivocally met.<br><br>Exs. 52-59 |

24



Ex. 52.

# How to Register a URI Scheme Using Advanced Installer 🔗

A URI scheme enables external applications, scripts, or web services to communicate with a desktop application installed on your computer using your own protocols (like  yourscheme://  ). Some common use cases include:

- **Launching Applications**: A URI scheme can launch a specific application installed on your system.
- **Deep Linking**: It can point to a specific feature or action within the application (e.g., opening a chat in Teams, starting a Zoom meeting).
- **File Handling**: A URI can pass parameters (like file paths) to an application for processing.
- **Web and Desktop Integration**: Enables seamless transitions from a browser to a desktop app, such as clicking a link in a browser that opens a document in Word.

In this article, we'll walk you through the process of creating a custom URI scheme using PowerShell and Advanced Installer. We'll cover:

- Registering the custom URI scheme during installation
- Handling the custom URI and extracting parameters
- Executing additional scripts or applications upon invocation

Ex. 54.

## How to manage Calendar settings

Once the Service account has been authorized, Calendar service settings can be managed including the default API connector for calendar traffic routing, the way SIP and 3rd party joining information is parsed. To manage these settings:

1. In the navigation panel, click **Room Management**, then click Cisco/Polycom Rooms.
2. Click the Calendar Integration tab.
3. Click **Edit** next to the Calendar service.
4. The following settings are available:

   - **(On-Premises Exchange Only) API Connector**- Allows an organization to set the API Connector utilized for calendar traffic. Enter the Connector ID of the desired API Connector.
   - **Domain Match**- When this option is enabled, calendar invitations received by calendar resources associated to Cisco/Polycom rooms will only be parsed for meeting join information if the calendar event organizer's email domain matches the room calendar resource's email domain.
   - **Parse SIP URLs**- If enabled, Zoom will attempt to parse SIP dial strings from calendar invitations for one-touch join.
   - **Parse Webex Meetings**- If enabled, Zoom will attempt to parse Webex meeting join information from calendar invitations for one-touch join.
   - **Parse Microsoft Teams Meetings**- If enabled, Zoom will attempt to parse Microsoft Teams meeting join information from calendar invitations for one-touch join. Please note: Microsoft Teams meeting invites must contain Microsoft Cloud Video Interop (CVI) SIP dial-in information.  This will be contained in a section of the meeting invite entitled "Join with a video conferencing device" that includes a SIP URI and a Video Conference ID.
   - **Parse Meeting Passcode**- If enabled and if the Zoom meeting passcode is available in the calendar invite, it will be included for a one click experience when joining Zoom meetings.  Otherwise, if the meeting is protected by a passcode the user will be prompted to enter the passcode manually using DTMF.
   - **Hide Topic**- If enabled, all meetings for this room will be treated as private meetings and the endpoint will display "Reserved" or "Zoom Meeting" instead of the actual calendar invite topic (you may optionally set a custom default meeting topic to be displayed). Depending on your calendar system, the calendar invite "topic" may be referred to as the meeting "subject" or "title."
   - **Hide Agenda**- If enabled, the calendar invite body will be hidden. If disabled, the display of the calendar invite body will follow the privacy settings of the calendar invite.
   - **Default Topic**- When "Hide Topic" is enabled, the endpoint will display "Reserved" instead of the actual meeting topic by default. You may optionally configure a custom default topic to be shown instead for non-Zoom meetings.
   - **Default Topic (Zoom)**- When "Hide Topic" is enabled, the endpoint will display "Zoom Meeting" instead of the actual meeting topic by default. You may optionally configure a custom default topic to be shown instead for Zoom meetings.
   - **Default Topic (SIP)**- When "Hide Topic" is enabled, the endpoint will display "Reserved" instead of the actual meeting topic by default. You may optionally configure a custom default topic to be shown instead for SIP meetings.
   - **Default Topic (Webex)**- When "Hide Topic" is enabled, the endpoint will display "Reserved" instead of the actual meeting topic by default. You may optionally configure a custom default topic to be shown instead for Webex meetings.

Ex. 55.

27