# EXHIBIT 5

## Claim Chart – US Patent 9900553 vs. Zoom Meetings

| Exhibit(s) | URL |
| --- | --- |
| Exhibit 1 | https://explore.zoom.us/media/zp-architected-for-reliability-2022-12-13.pdf |
| Exhibit 2 | https://library.zoom.com/admin-corner/network-management/quality-of-service-and-network-best-practices-explainer/zoom-products-for-improved-bandwidth-utilization |
| Exhibit 3 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0060748#h_67509835-43ac-484f-9022-dca6a908b76a |
| Exhibit 4 | https://library.zoom.com/admin-corner/architecture-and-design/zoom-architected-for-reliability |
| Exhibit 5 | https://library.zoom.com/advanced-enterprise-services/zoom-mesh/zoom-mesh-explainer/zoom-mesh-functionality |
| Exhibit 6 | https://media.zoom.com/download/assets/Zoom+Connection+Process+Jan-09-2025.pdf/449a2ed2f05711ef907d5e9c08889a4d |
| Exhibit 7 | https://www.zoom.com/en/blog/zoom-can-provide-increase-industry-leading-video-capacity/ |
| Exhibit 8 | https://library.zoom.com/advanced-enterprise-services/zoom-mesh/zoom-mesh-explainer/zoom-mesh-dashboard |
| Exhibit 9 | https://library.zoom.com/advanced-enterprise-services/zoom-node/zoom-node-explainer/zoom-meetings-hybrid |
| Exhibit 10 | https://library.zoom.com/admin-corner/network-management/quality-of-service-subscription-explainer |
| Exhibit 11 | https://library.zoom.com/admin-corner/network-management/quality-of-service-and-network-best-practices-explainer/how-zoom-audio-and-video-codecs-affect-bandwidth-usage |
| Exhibit 12 | https://library.zoom.com/admin-corner/network-management/quality-of-service-subscription-explainer |
| Exhibit 13 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0058495 |

## Claim Chart

| Claim | Support |
|---|---|
| 8[Pre]. A method comprising: | Zoom implements a computer-executed sequence of steps to initialize, join, run and optimize live meetings across its meeting infrastructure, thus satisfying "a method comprising" element.<br><br>Exs. 1-13 |
| 8[a] providing, by a microprocessor, a switching fabric as a software framework for an interconnection between a plurality of communication devices involved in a conference and a processing resources backplane that enables a selective deployment of processing resources to the conference, | The Zoom platform implements a software-defined architecture that utilizes microprocessors to provide a switching fabric for participant interconnection and a processing resources backplane for the dynamic, selective allocation of conference resources.<br><br>1. **Microprocessor-Driven Software Framework:** Zoom's core components, including the Multimedia Router (MMR), Zone Controller, and Zoom Mesh Cloud Orchestration Service, are software frameworks executed by microprocessors across a distributed cloud and edge computing environment. (Ex. 3). These microprocessors execute the logic necessary to instantiate the switching and resource-management functions claimed.<br>2. **The Switching Fabric (Interconnection):** The Multimedia Router (MMR) serves as the software-defined switching fabric. (Ex. 3, 4). Unlike traditional hardware switches, the MMR is a software framework that manages the "interconnection between a plurality of communication devices" (e.g., Zoom desktop apps, mobile clients, and web browsers) involved in a live conference. As shown in Ex. 4, the MMR performs real-time media switching, routing specific data streams between participants based on the conference state (e.g., Active Speaker, Gallery View), thereby acting as the central nexus for the interconnection of devices.<br>3. **The Processing Resources Backplane:** Zoom utilizes a "processing resources backplane" comprised of its Zoom Mesh architecture and Cloud Orchestration Service (Ex. 5). This backplane functions as a resource-side layer that exists independently of, yet works in tandem with, the media switching fabric. Within this backplane, "processing resources" include Mesh Parent Clients and regional MMR nodes that provide localized bandwidth optimization and media distribution services.<br>4. **Selective Deployment of Resources:** The Zoom Mesh Cloud Orchestration Service enables the "selective deployment of processing resources to the conference" (Ex. 5). The cited exhibits show that Zoom does not statically assign resources; rather, it dynamically analyzes the network topology of the conference participants and "selectively designates" specific communication devices as Mesh Parent nodes. (Ex. 3, 5). These nodes are deployed as active processing resources to handle media re-distribution for other "Child" clients in the same network segment. This selective, software-triggered deployment optimizes the processing and bandwidth load of |

the conference in real-time, fulfilling the requirement for a backplane that enables selective deployment of resources to the conference.

Accordingly, the combination of Zoom's MMR-based switching and its Mesh-based orchestration backplane performs the claimed step of providing a switching fabric and a processing resources backplane by a microprocessor as required by Element 8[a].

.

# Zoom system requirements: Windows, macOS, Linux

🌐 English (Original)    ⌄        📅 2026-03-23    🔗 Copy Permalink

This article lists the requirements for using the Zoom desktop app on Windows, macOS, and Linux.

## Processor, RAM, and CPU bit requirements

| Component | Minimum | Recommended |
|---|---|---|
| Processor | Dual-core 2Ghz or higher | Quad-core 2.5Ghz or higher |
| RAM | 4 GB | 16 GB |
| CPU bit | 32/64 | 64 |

Ex. 3.

## Zoom Meetings, Webinars, and Events

The foundation of our architecture is an intelligent transport layer that selects the best path based on real network conditions and policies. UDP is used when available, with seamless fallback to TCP/TLS (including HTTPS/443) in more restrictive environments. Screen sharing uses Reliable UDP for smooth motion whenever possible, with automatic fallback if needed. When connecting to a meeting, webinar, or event, the Zoom Workplace app is steered by geolocation to the nearest available resources to minimize latency. Where organizational policies or performance require, traffic can traverse Zoom's global backbone via dedicated links to different data centers.



The Meeting Server is our MMR (multi-media router), and MMRs are grouped in a "Meeting Zone." Zone Controllers manage all of the MMRs and report their status to the Global Cloud Controller for each Meeting Zone. The Meeting Zones are duplicated for each data center with the exact same architecture and we can easily add more zones on-the-fly for added capacity in each region. The three layers (the MMR, Zoom Controller, and Global Cloud Controller) are used to balance resources in different locations. If just two participants are in a meeting, Zoom can utilize peer-to-peer connections for excellent speed and reliability. All of this allows Zoom to maintain meeting services availability of 99.9% uptime and provide a dependable video conferencing experience.

Ex. 4.

# Zoom Mesh Functionality

**Zoom Mesh creates a network exclusively for users within the same account by default**

By default, Zoom Mesh creates a network exclusively for users belonging to the same account. However, an account can optionally allow for authenticated, external users within the same local area network to participate in the Mesh, providing the external user's account *also* allows them to connect to another account's mesh network ↗.

**Parent and child client designation is dynamic and can change throughout an event**

During the course of a meeting or webinar, a user's client designation may change based on performance or demand.

For example, in an event of 100 attendees, only 10 parent clients may be required to meet the redistribution demand, with the remaining 90 users receiving redistributed streams as child clients. However, if the event increases to 200 attendees, clients that were formerly child clients may be promoted to a parent client to address the increased demand.

Alternatively, if a parent client begins to experience degraded performance, the client may be downgraded to child client status, and a new parent client will be assigned.



Ex. 5.

| 8[a] wherein the switching fabric connects a plurality of ports to each of the plurality of communication devices, respectively, and wherein the processing resources backplane connects one or more network interfaces to the processing resources; and | The Zoom architecture instantiates a discrete dual-sided connection model that fulfills the specific mapping requirements for both the switching fabric and the processing resources backplane. |
|---|---|

The Zoom architecture instantiates a discrete dual-sided connection model that fulfills the specific mapping requirements for both the switching fabric and the processing resources backplane.

**1. Switching Fabric Connection (Ports to Devices):** Zoom's Multimedia Router (MMR) framework (the switching fabric) connects to each participating device (e.g., laptop, smartphone, or room system) via a plurality of dedicated transport-layer ports. (Ex. 6). As documented in the Zoom network connectivity requirements, the MMR manages the "interconnection" of these devices using specific TCP and UDP ports (e.g., UDP ports 8801, 8802, and 3478, and TCP ports 443, 8801).

Crucially, Zoom performs this connection "respectively," meaning that for each of the plurality of communication devices involved in a conference, a distinct logical port-binding is maintained at the switching fabric to ensure that media streams (audio, video, data) are correctly routed to the appropriate endpoint. Ex. 6 illustrates this meeting connection flow, where the switching side of the architecture establishes these port-to-device links to facilitate the real-time exchange of conference data.

**2. Processing Resources Backplane Connection (Interfaces to Resources):** In tandem with the switching fabric, Zoom's processing resources backplane (the Mesh and Orchestration layer) manages the connection between network interfaces and the active processing resources' (Ex. 5).

- **Processing Resources:** Within the Zoom Mesh environment, the Mesh Parent Clients function as the "processing resources" that are selectively deployed to handle media redistribution.
- **Network Interfaces:** Zoom Mesh utilizes the network interfaces (NICs and logical network stacks) of these designated Mesh Parent nodes to ingest and re-transmit media to "Child" nodes (Ex. 5).

The backplane software (Zoom Mesh Cloud Orchestration) manages these interfaces to bridge the Mesh Parent's processing power with the local network topology. As shown in Ex. 5, when a client is promoted to a Mesh Parent resource, the backplane logic binds the conference's media flow to that device's network interface, enabling it to act as a localized distribution point. This distinction between the endpoint-facing ports (used for switching) and the resource-facing interfaces (used for Mesh processing) confirms a two-sided structure that precisely maps to the language of the claim.

Accordingly, Zoom implements a switching fabric connecting ports to devices and a processing backplane connecting interfaces to resources, satisfying the requirements of Element 8[a].

.

**Meeting Lookup**

Upon receiving a request to join a given session, the first action taken by the Zoom Client is to contact the Zoom Web Infrastructure to obtain the applicable metadata required to access the meeting or webinar. Accomplished over a HTTPS connection using port 443, the Zoom Client uses this opportunity to better understand its current network environment including details such as proxy server usage. On the other side of the connection, the Zoom Web Infrastructure prepares a package of data optimized for that client. Through the use of Geo-IP and other Zoom service delivery technology, a list of optimum available Zoom Meeting Zones and associated Zoom Zone Controllers are returned to the client along with meeting details so it can proceed to the next phase in the connection process.

**Meeting Zone Selection**

With a list of Zoom Meeting Zones that could service the Zoom Client for the session, the connection process then enters the next phase of the workflow. To ensure the best connection is used, the Zoom Client attempts to connect to each of the Zoom Zone Controllers within the Zoom Meeting Zones provided in the previous phase and then conducts a network performance test. By comparing these results, the client is able to confirm there is a connectivity path in place to each Zoom Meeting Zone and select whichever one demonstrates the best performance. Zoom's innovative protocol leverages HTTPS. This connection is attempted over SSL (port 443).

**MMR Selection**

With the ideal Zoom Meeting Zone selection from the previous phase, the client then requests details of the best Zoom Multimedia Router (MMR) from the Zoom Zone Controller. Once identified, the Zoom Client reaches out to the MMR directly to establish a control channel for the session. This connection leverages a protocol developed by Zoom which communicates via SSL on port 443.



## Media Routing

With a successful connection to the optimum Zoom Multimedia Router for the session, the Zoom Client prioritizes creating a connection for each type of media that will be exchanged such as video, audio, and content. Each of these media connections attempt to use Zoom's own protocol and connect via UDP on port 8801. If that connection can not be established, Zoom will also try connecting using TCP on port 8801, followed by SSL (port 443). By leveraging different connections for each type of media, further network optimization technology can be applied such as DSCP marking to ensure the most important media is expedited through the network.

Ex. 6.



Ex. 5.

**Network and Firewall Considerations**

Zoom Mesh utilizes Zoom's standard network firewall and proxy configuration list ↗ for inbound traffic. However, some customers may require additional rules permitting in-network traffic between client devices. The following table specifies client traffic requirements for Zoom Mesh within a network:

| Transport | Destination Port | Source IP | Destination IP | Purpose |
|---|---|---|---|---|
| TCP | 443 | Local Zoom Client | Zoom Cloud | Authentication and Meeting Join |
| TCP | 443 | Local Zoom Client | Zoom Cloud | Client Signaling |
| UDP | 8801 | Local Zoom Client | Zoom Cloud | Client Media |
| TCP | 443 | Local Zoom Client | Zoom Cloud | Client Media Fallback |
| TCP | 18801-19800 | Local Zoom Client | Parent / Child | Mesh Control |
| UDP | 18801-19800 | Local Zoom Client | Parent / Child | Mesh Media |
| UDP | 36699 | Local Zoom Client | Local Subnet | Mesh Discovery (Multicast to 224.1.1.1) |

Ex.5.

| | |
|---|---|
| 8[b] controlling, by the microprocessor, a controller that controls connections between endpoints and the processing resources backplane of the switching fabric based on a number of communication | The Zoom platform implements this element through a microprocessor-driven control architecture that utilizes the Zoom Zone Controller and the Zoom Mesh Cloud Orchestration Service as a unified controller framework. This framework manages the operational logic for connecting conference endpoints to the processing resources backplane established in element 8[a]. As evidenced in Ex. 4, the Zone Controller oversees the state of the conference and directs the interaction between participant devices and the media-handling resources. This orchestration ensures that the software-defined switching fabric and the processing resources of the backplane are synchronized to facilitate the media redistribution paths necessary for the conference.

Furthermore, the Zoom Mesh Cloud Orchestration Service specifically controls the logical connections between individual communication devices and the dynamically deployed processing resources. As documented in Ex. 5, this controller manages the assignment of "Mesh Parent" roles, which serve as the processing nodes within the backplane. The service initiates and modifies these connections by promoting specific endpoints to act as redistribution resources for other "child" endpoints. This system effectively bridges the gap between the primary switching fabric and the |

| devices involved in the conference, | localized processing resources, ensuring that the backplane is actively integrated into the conference's communication topology.

The control logic exercised by these orchestration components is expressly based on the number of communication devices involved in the conference. Zoom's technical documentation in Ex. 5 establishes that the deployment and scaling of Mesh resources are functions of the conference's overall size and participant density. For instance, the orchestration service utilizes scale-dependent algorithms to promote additional parent clients as the attendee count increases or as new clusters of devices join the session. By proportionally increasing the number of active processing resources in response to the growing number of communication devices, the Zoom controller demonstrates a clear, data-driven dependency on conference scale to optimize the interconnection between endpoints and the backplane. This behavior confirms that the management of the conference resources is not static, but is instead governed by a microprocessor-controlled system that reacts directly to the participant volume of the live conference.



An Overview of Zoom's Meeting, Webinar, and Events active-active architecture and design. |
| :--- | :--- |

| | |
|---|---|
| | The Meeting Server is our MMR (multi-media router), and MMRs are grouped in a "Meeting Zone." Zone Controllers manage all of the MMRs and report their status to the Global Cloud Controller for each Meeting Zone. The Meeting Zones are duplicated for each data center with the exact same architecture and we can easily add more zones on-the-fly for added capacity in each region. The three layers (the MMR, Zoom Controller, and Global Cloud Controller) are used to balance resources in different locations. If just two participants are in a meeting, Zoom can utilize peer-to-peer connections for excellent speed and reliability. All of this allows Zoom to maintain meeting services availability of 99.9% uptime and provide a dependable video conferencing experience.<br><br>Ex.4.<br><br>**Parent and child client designation is dynamic and can change throughout an event**<br><br>During the course of a meeting or webinar, a user's client designation may change based on performance or demand.<br><br>For example, in an event of 100 attendees, only 10 parent clients may be required to meet the redistribution demand, with the remaining 90 users receiving redistributed streams as child clients. However, if the event increases to 200 attendees, clients that were formerly child clients may be promoted to a parent client to address the increased demand.<br><br>Alternatively, if a parent client begins to experience degraded performance, the client may be downgraded to child client status, and a new parent client will be assigned.<br><br>Ex.5. |
| 8[c] wherein the microprocessor controls one of a | The Zoom platform implements this element through a microprocessor-driven control architecture that utilizes the Zoom Zone Controller and the Zoom Mesh Cloud Orchestration Service as a unified controller framework. This framework manages the operational logic for connecting conference endpoints to the processing resources backplane established in element 8[a]. As evidenced in Ex. 4, the Zone Controller oversees the state of the conference and directs |

| | |
|---|---|
| plurality of controllers included in a cluster of media controllers and wherein the processing resources are a cluster of processing resources that are dynamically added and removed from the conference while the conference is in progress. | the interaction between participant devices and the media-handling resources. This orchestration ensures that the software-defined switching fabric and the processing resources of the backplane are synchronized to facilitate the media redistribution paths necessary for the conference.<br><br>Furthermore, the Zoom Mesh Cloud Orchestration Service specifically controls the logical connections between individual communication devices and the dynamically deployed processing resources. As documented in Ex. 5, this controller manages the assignment of "Mesh Parent" roles, which serve as the processing nodes within the backplane. The service initiates and modifies these connections by promoting specific endpoints to act as redistribution resources for other "child" endpoints. This system effectively bridges the gap between the primary switching fabric and the localized processing resources, ensuring that the backplane is actively integrated into the conference's communication topology.<br><br>The control logic exercised by these orchestration components is expressly based on the number of communication devices involved in the conference. Zoom's technical documentation in Ex. 5 establishes that the deployment and scaling of Mesh resources are functions of the conference's overall size and participant density. For instance, the orchestration service utilizes scale-dependent algorithms to promote additional parent clients as the attendee count increases or as new clusters of devices join the session. By proportionally increasing the number of active processing resources in response to the growing number of communication devices, the Zoom controller demonstrates a clear, data-driven dependency on conference scale to optimize the interconnection between endpoints and the backplane. This behavior confirms that the management of the conference resources is not static, but is instead governed by a microprocessor-controlled system that reacts directly to the participant volume of the live conference.<br><br>Ex. 4-5. |

The Meeting Server is our MMR (multi-media router), and MMRs are grouped in a "Meeting Zone." Zone Controllers manage all of the MMRs and report their status to the Global Cloud Controller for each Meeting Zone. The Meeting Zones are duplicated for each data center with the exact same architecture and we can easily add more zones on-the-fly for added capacity in each region. The three layers (the MMR, Zoom Controller, and Global Cloud Controller) are used to balance resources in different locations. If just two participants are in a meeting, Zoom can utilize peer-to-peer connections for excellent speed and reliability. All of this allows Zoom to maintain meeting services availability of 99.9% uptime and provide a dependable video conferencing experience.

Ex.4.

## Zoom Mesh Functionality

### Zoom Mesh creates a network exclusively for users within the same account by default

By default, Zoom Mesh creates a network exclusively for users belonging to the same account. However, an account can optionally allow for authenticated, external users within the same local area network to participate in the Mesh, providing the external user's account *also* allows them to connect to another account's mesh network ↗.

### Parent and child roles are determined by the Zoom Mesh Cloud Orchestration Service

The Zoom Mesh Cloud Orchestration Service (COS) is a cloud service responsible for defining parent and child client roles within a network. The Cloud Orchestration Service considers numerous sets of data to determine viable parent clients including:

- CPU Utilization
- CPU type
- RAM utilization
- Historical mesh performance
- Device availability (On/Off)
- Device Opt-In/Out
- Operating System

Using these data sets, the COS scores a user's results through a rubric: the higher a user's score, the more likely the client is to be selected as parent; the lower the score, the less likely.

### Parent and child client designation is dynamic and can change throughout an event

During the course of a meeting or webinar, a user's client designation may change based on performance or demand.

For example, in an event of 100 attendees, only 10 parent clients may be required to meet the redistribution demand, with the remaining 90 users receiving redistributed streams as child clients. However, if the event increases to 200 attendees, clients that were formerly child clients may be promoted to a parent client to address the increased demand.

Alternatively, if a parent client begins to experience degraded performance, the client may be downgraded to child client status, and a new parent client will be assigned.

## Zoom Mesh for Meetings Functionality

### Mesh for Meetings Redistributes the Active Speaker's Video

With Zoom Mesh for Meetings, bandwidth optimization is delivered by redistributing the *downstream* **active speaker's** video between participants when four or more users are in a meeting. This feature **does not** apply to media uploading, and all users will continue to individually upload their audio, video, and screen sharing media to the Zoom Cloud.

> ⊘ **Example**
>
> If there are 10 users in a meeting with Zoom Mesh enabled, two parent clients may be chosen with seven or eight child clients. When the current active speaker is talking, that user's *video stream* will transmit from the Zoom Cloud to the parent clients, and will then be redistributed to children clients within the network.
>
> In this scenario, the child clients **do not** receive the active speaker's video feed from the Zoom Cloud, saving potentially up to 3+ megabits of data per user when using 1080p video.

## Zoom Mesh for Webinars Functionality

### Mesh for Webinars redistributes *all* webinar hosts and panelists video streams within the network

Unlike Zoom Mesh for Meetings, Zoom Mesh for Webinars redistributes all webinar hosts and panelists video streams within the local network using parent-child relationships—not just the active speakers. With this design, all users engaged in the mesh network will continue to benefit from reduced external bandwidth consumption while experiencing the same video quality as others.

Ex.5.