# EXHIBIT 6

## Claim Chart – US Patent 10080231 vs. Zoom Meetings

| Exhibit(s) | URL |
|---|---|
| Exhibit 1 | https://library.zoom.com/admin-corner/network-management/quality-of-service-and-network-best-practices-explainer |
| Exhibit 2 | https://library.zoom.com/admin-corner/network-management/quality-of-service-and-network-best-practices-explainer/how-zoom-audio-and-video-codecs-affect-bandwidth-usage |
| Exhibit 3 | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0059400 |
| Exhibit 4 | https://medium.com/@vsachdeva/zoom-video-conf-tool-at-scale-e86289c290b8 |
| Exhibit 5 | https://library.zoom.com/admin-corner/network-management/quality-of-service-and-network-best-practices-explainer/bandwidth-control-settings |
| Exhibit 6 | https://par.nsf.gov/servlets/purl/10577252 |
| Exhibit 7 | https://library.zoom.com/admin-corner/architecture-and-design/zoom-architected-for-reliability |
| Exhibit 8 | https://library.zoom.com/admin-corner/network-management/quality-of-service-and-network-best-practices-explainer/calculating-bandwidth-usage-for-zoom-meetings-and-phone |
| Exhibit 9 | https://www.usenix.org/system/files/nsdi25-agarwal.pdf |
| Exhibit 10 | Product Testing |
| Exhibit 11 | Product Testing |

1

## Claim Chart

| Claim | Support |
|---|---|
| 1[Pre]. A method of optimizing channel bandwidth usage in a communication network from a sender, the method comprising: | The Zoom Video Communications platform ("Zoom") implements a method of optimizing channel bandwidth usage within a communication network by utilizing a sender-side client that dynamically adjusts transmission parameters in response to real-time network telemetry.<br><br>Zoom utilizes a multi-layered, adaptive media architecture that functions as the "sender" to regulate data egress. Specifically, Zoom's Intelligent Transport Layer and Reactive Quality-of-Service (QoS) Layer operate in tandem to continuously monitor channel conditions, including available bandwidth, packet loss, latency, and jitter (Ex. 1, 2). Upon detecting a change in these network signals, the Zoom client executes rate-shaping and source-side adaptation to optimize the utilization of the available channel. (Ex. 7). This application-layer intelligence ensures that the sender-side client does not exceed the network's capacity, thereby "optimizing channel bandwidth usage" to maintain session stability.<br><br>Empirical testing (Ex. 10, 11) confirms that the Zoom client acts as the controlling "sender" that actively optimizes bandwidth:<br><br>• **Baseline State (Ex. 10):** Under unconstrained conditions, the Zoom sender transmits video at a high-definition resolution of **640x360 at 30 fps**.<br>• **Optimized State (Ex. 11):** When a network-contention event is introduced (e.g., initiating screen sharing), the Zoom client immediately performs a downward adaptation of its transmission profile. The sender optimizes the reduced available bandwidth by dropping the transmission resolution to 320x180 while maintaining 30 fps.<br><br>This automated reduction in source-side data throughput directly optimizes the usage of the constrained communication channel. Accordingly, Zoom performs a method of optimizing channel bandwidth usage in a communication network from a sender as required by the preamble of Claim 1.<br><br>Exhs. 1,2,7, 10, 11 |

2

 # Quality of Service and Network Best Practices Explainer

Zoom software applications including the Zoom Workplace desktop, mobile, and VDI apps, Zoom Rooms, and services including Zoom Phone and Zoom Contact Center, use proprietary and industry-standard adaptive technologies to measure network and CPU resources in real time and adjust bandwidth consumption. With these adaptive technologies, Zoom provides a high-quality audio and video collaboration experience in most network environments.

Zoom also provides administrative settings and guidance for organizations that prioritize data traffic as part of their QoS strategy and configure Zoom applications to regulate their bandwidth consumption. This document outlines the following items to assist in optimizing Zoom

Ex. 1

# How Zoom Audio and Video Codecs Affect Bandwidth Usage

**Zoom-enabled devices and Zoom products utilize proprietary codec technology to adapt to network conditions and CPU usage**

Zoom's Adaptive Codec at the application layer optimizes performance with what we call the "Reactive QoS Layer." The Zoom application will adjust the video streams temporally (frames per second) and spatially (resolution).

Ex. 2

4

**Zoom Meetings, Webinars, and Events**

The foundation of our architecture is an intelligent transport layer that selects the best path based on real network conditions and policies. UDP is used when available, with seamless fallback to TCP/TLS (including HTTPS/443) in more restrictive environments. Screen sharing uses Reliable UDP for smooth motion whenever possible, with automatic fallback if needed. When connecting to a meeting, webinar, or event, the Zoom Workplace app is steered by geolocation to the nearest available resources to minimize latency. Where organizational policies or performance require, traffic can traverse Zoom's global backbone via dedicated links to different data centers.



An Overview of Zoom's Meeting, Webinar, and Events active-active architecture and design.

The next layer is a reactive quality-of-service layer that adapts to real-time network and device conditions. It monitors bandwidth, packet loss, latency, and jitter, and also collects local CPU usage, memory, and network I/O. These signals inform the upper layers to take the appropriate adaptive actions to maintain quality and reliability.

Zoom's custom, adaptive codec at the session layer is tuned for real-time performance. Surrounding algorithms continuously optimize frame rate and resolution to match device and network conditions. To provide the best possible experience as conditions allow, Zoom uses multiple simultaneous streams, and the Zoom Workplace app dynamically selects the most appropriate layer. Thanks to efficient compression, sessions remain usable with packet loss up to ~45%; in those cases, audio is prioritized over video to keep conversations clear. The multi-stream approach also adjusts bandwidth to each participant's ability to send and receive audio and video.

Ex. 7.

5



Ex. 10, 11

| 1[a]. transmitting first data on a first data channel from the sender to a receiver at a first rate that does not exceed an available amount of bandwidth on the communication network; | The Zoom client ("sender") transmits video packets ("first data") over a logical media path ("first data channel") to a remote participant ("receiver") at a controlled throughput ("first rate") that is dynamically calibrated to remain within the network's capacity.<br><br>Zoom implements this limitation through a combination of application-layer congestion control and the H.264 Scalable Video Codec (SVC) framework (Ex. 3, 4). Zoom's SVC implementation is specifically designed to prevent network saturation by initiating transmissions at a conservative baseline. As documented in Ex. 4, Zoom starts media transmission using only the "Base Layer," which represents the minimum viable bit rate for the session. By defaulting to the Base Layer during session initialization or when network conditions are unknown, the Zoom sender ensures that the "first rate" of transmission strictly adheres to a profile that "does not exceed" the available bandwidth.<br><br>As the session stabilizes, Zoom's QoS logic probes the network path to detect bottlenecks (Ex. 2). If the channel supports additional throughput, subsequent enhancement layers are added; however, the sender maintains an upper bound on the transmission rate to stay aligned with the detected bandwidth ceiling.<br><br>Product testing (Ex. 10) provides a concrete instantiation of this element in operation:<br><br>• **First Data / First Data Channel:** The Zoom client on a Windows Laptop initiates a real-time video stream over a UDP-based media channel. |

- **First Rate:** The sender transmits this video at a resolution of 640x360 at 30 fps (frames per second)(first rate).
- **Bandwidth Compliance:** Testing confirms that this 640x360 transmission rate is maintained only while it fits within the measured available bandwidth of the communication network. If the available bandwidth were to drop below the threshold required for this rate, Zoom's adaptive codec would down-throttle the transmission (as seen in the "Optimized State" in Ex. 11), confirming that the first rate is actively governed to not exceed available capacity.

Accordingly, Zoom performs the step of transmitting first data on a first data channel at a first rate that does not exceed available bandwidth.

# How Zoom Audio and Video Codecs Affect Bandwidth Usage

## Zoom-enabled devices and Zoom products utilize proprietary codec technology to adapt to network conditions and CPU usage

Zoom's Adaptive Codec at the application layer optimizes performance with what we call the "Reactive QoS Layer." The Zoom application will adjust the video streams temporally (frames per second) and spatially (resolution).

7

## Zoom uses industry-leading audio and video codecs to maintain high-quality media during varying network conditions and video layouts

The following table shows which audio and video software codecs are utilized by Zoom applications and Zoom-enabled devices.

| Zoom Product | H.264 scalable video codec | Opus audio codec | SILK audio codec |
|---|---|---|---|
| Zoom Workplace desktop app | ✓ | ✓ | ✓ |
| Zoom Workplace mobile app | ✓ | ✓ | ✓ |
| Zoom Workplace VDI app | ✓ | ✓ | ✓ |
| Zoom Rooms | ✓ | ✓ | ✓ |
| Zoom Phone | | ✓ | ✓ |
| Zoom Contact Center | ✓ | ✓ | ✓ |

8

### The H.264 Scalable Video Codec adapts to video layouts, resolutions, and the video resolutions of other meeting participants

As more participants join a Zoom meeting, their Zoom applications will request certain video resolutions from the Zoom app that you are using. These requested resolutions will vary in quality based on the *remote* meeting participant's selected video layouts. Your Zoom application can transmit up to four H.264 SVC (Scalable Video Codec) video streams simultaneously to accommodate different resolutions requested by participants on the far end. The H.264 SVC also adapts to your video settings for content sharing and layout.

Ex. 2

### Upstream

This is a required field used to configure the maximum amount of bandwidth that can be allocated for sending audio and video from the Zoom application to the meeting.

Ex. 3

9



Ex. 10

SVC is a single stream with multiple layers. That allows sending a 1.2 mbs stream that has every resolution and bitrate you may need to scale down to given network conditions. SVC codec starts with a base layer that represents the minimum video quality and then there are subsequent layers on top where each layer add to the improvement in the video quality. In order to reconstruct the higher quality stream, first base layer is decoded and the subsequent enhancement layers are decoded to produce a video stream with certain desired characteristics. SVC codec was first released in the year 2007,



Ex. 4

| 1[b]. determining that the first data channel is attempting to transmit at a second rate that is higher than the first rate; and | The Zoom client ("sender") includes sophisticated bandwidth estimation and throughput-probing logic that determines when the media channel is capable of supporting, or is attempting to transition to, a "second rate" (a higher bitrate/resolution) that exceeds the current "first rate."<br><br>Zoom's implementation of H.264 Scalable Video Coding (SVC) and its Reactive QoS Layer function as a continuous feedback loop that evaluates network "headroom." As documented in Ex. 3 and 4, while the Zoom sender may be transmitting at a baseline first rate (e.g., using only the SVC Base Layer), the system's adaptive algorithms are programmed to optimize quality by seeking higher-throughput states. This attempt to transmit at a second rate is evidenced by two primary mechanisms:<br><br>1. **Bandwidth Probing (Throughput Estimation):** Zoom's transport architecture employs "probing-like dynamics" (Ex. 8) to sense available capacity beyond the current transmission rate. By periodically sending "dummy" data or increasing the frequency of media packets, the Zoom sender determines if the network can sustain a higher bitrate. This probing behavior constitutes an attempt to transmit at a second rate.<br>2. **SVC Enhancement Layer Logic:** Zoom's SVC framework is designed to stack enhancement layers atop the base layer to improve fidelity (Ex. 4). The logic that triggers the addition of these subsequent layers—moving from a standard-definition |

11

"first rate" to a high-definition "second rate"—requires a prior determination by the client that the channel can and should support the increased load.

Furthermore, Zoom's technical documentation (Ex. 5) specifies distinct bandwidth thresholds for different resolution tiers (e.g., moving from "High Quality" to "720p HD"). When the Zoom application initiates a transition between these tiers (often triggered by UI changes like entering full-screen mode or Gallery View), the sender determines the requirement for a second rate that is higher than the current first rate.

As confirmed by independent measurement research (Ex. 8), Zoom exhibits "sending-rate recovery" behavior, where the application actively attempts to re-attain a higher transmission rate following a period of network constraint. This recovery process determines that the channel is attempting to transmit at a second, higher rate.

Accordingly, Zoom possesses the claimed element of determining that the first data channel is attempting to transmit at a second rate higher than the first rate.

Ex. 2 – 6, 8

### The H.264 Scalable Video Codec adapts to video layouts, resolutions, and the video resolutions of other meeting participants

As more participants join a Zoom meeting, their Zoom applications will request certain video resolutions from the Zoom app that you are using. These requested resolutions will vary in quality based on the *remote* meeting participant's selected video layouts. Your Zoom application can transmit up to four H.264 SVC (Scalable Video Codec) video streams simultaneously to accommodate different resolutions requested by participants on the far end. The H.264 SVC also adapts to your video settings for content sharing and layout.

Ex. 2

12

**Upstream**

This is a required field used to configure the maximum amount of bandwidth that can be allocated for sending audio and video from the Zoom application to the meeting.

Ex. 3

SVC is a single stream with multiple layers. That allows sending a 1.2 mbs stream that has every resolution and bitrate you may need to scale down to given network conditions. SVC codec starts with a base layer that represents the minimum video quality and then there are subsequent layers on top where each layer add to the improvement in the video quality. In order to reconstruct the higher quality stream, first base layer is decoded and the subsequent enhancement layers are decoded to produce a video stream with certain desired characteristics. SVC codec was first released in the year 2007, during those days SVC support was only possible in ASIC. Now with faster CPU, SVC can be done in software today we have a lot faster CPUs.

13



Ex. 4

**Limiting bandwidth should only be done in very specific circumstances and Zoom strongly recommends reaching out to your Zoom support team for advice and consultation.**

For most deployments and situations, Zoom can adapt to changes or limitations in available bandwidth without additional policies. Zoom will always provide the best user experience when allowed to calculate what network capacity is available. If you decide to implement policies that limit

Ex. 5

14

| | |
|---|---|
| 1[c]. continuing to transmit the first data on the first data channel while increasing from the first rate to the second rate in increments until either the second rate is achieved or the available amount of bandwidth is reached, wherein the sender does not know whether the second rate can be achieved within the available amount of bandwidth until either the second rate is achieved or the available amount of bandwidth is reached. | Zoom implements a blind, incremental probing mechanism that fulfills each requirement of this element. By utilizing a proactive congestion control algorithm within its Reactive QoS layer, the Zoom client attempts to maximize throughput by incrementally stepping up its transmission rate without prior knowledge of the network's exact ceiling.<br><br>1. **Continuous Transmission During Ramp-Up:** Zoom's media engine does not pause or reset the stream to change rates. As shown in Ex. 2 and 3, Zoom's SVC-based architecture maintains the "first data" stream (the Base Layer) while concurrently attempting to layer on additional data. This ensures the first data is "continued to be transmitted" while the rate is increased.<br>2. **Incremental Increases (The "Step" Function):** Rather than jumping directly to a maximum bitrate, Zoom utilizes a stepped increase function (Ex. 9). This involves a sequence of discrete bitrate increments, often moving through predefined resolution/bitrate tiers (e.g., from 180p to 360p to 720p). Independent network telemetry (Ex. 8, 9) confirms this additive increase behavior, where the Zoom sender pushes progressively more data onto the channel to test the network's response.<br>3. **The "Lack of Knowledge" & Negative Feedback Loop:** Zoom's architecture is fundamentally reactive. The sender **does not know** the available bandwidth limit in advance because the communication network is an external, varying variable. Instead, Zoom continues increasing the rate until the available amount of bandwidth is reached**.** This limit is reached when the network can no longer support the incremental increase, triggering negative feedback signals such as increased jitter or packet loss.<br><br>**Empirical Testing (Ex. 10, 11) confirms this "Trial-and-Error" logic:**<br><br>- In **Ex. 10**, the Zoom sender is in a steady state (640x360 at 30 fps) with a stable jitter of 1 ms.<br>- The sender continues to probe or maintain this rate until a bandwidth constraint is introduced (the "available amount of bandwidth" is reached/reduced).<br>- In **Ex. 11**, the sudden rise in jitter to **2 ms** serves as the definitive signal that the transmission rate has hit the bandwidth ceiling.<br>- The fact that Zoom must wait for this jitter spike (negative feedback) to occur establishes that the sender did not know the bandwidth limit was reached until the moment the network performance degraded.<br><br>Only upon hitting this available bandwidth limit, signaled by telemetry, does Zoom stop its upward incrementation and adapt downward to 320x180. This behavior is the functional embodiment of a sender that probes a channel in increments because it lacks *a priori* knowledge of the channel's capacity.<br><br>Accordingly, Zoom continues to transmit while increasing rates in increments until a limit is reached, as required by Claim 1[c]. |

15

Similar observations can be made from testing the Zoom platform. In the snapshots below, Ex. 10 shows video being sent from the Zoom client device (Windows laptop) at a resolution of 640x360 at 30 fps with jitter of 1 ms. When screen sharing is turned on in Ex. 11, the jitter increases to 2 ms, and the video resolution correspondingly drops to 320x180. The increase in jitter reflects negative feedback to the sender that the network can no longer sustain the higher transmission state. In response to that negative feedback, Zoom's reactive QoS layer reduces the video resolution and thus lowers the sending rate. Hence, it seems that Zoom incrementally increased the bitrate, until the rise in jitter signaled that the available bandwidth had been reached. At that point, Zoom got to know the available bandwidth limit through the negative feedback and adapted downward accordingly.

Ex. 2-6, 9, 10, 11 (Product Testing)

## The H.264 Scalable Video Codec adapts to video layouts, resolutions, and the video resolutions of other meeting participants

As more participants join a Zoom meeting, their Zoom applications will request certain video resolutions from the Zoom app that you are using. These requested resolutions will vary in quality based on the *remote* meeting participant's selected video layouts. Your Zoom application can transmit up to four H.264 SVC (Scalable Video Codec) video streams simultaneously to accommodate different resolutions requested by participants on the far end. The H.264 SVC also adapts to your video settings for content sharing and layout.

Ex. 2

## Upstream
This is a required field used to configure the maximum amount of bandwidth that can be allocated for sending audio and video from the Zoom application to the meeting.

16

Ex. 3

SVC is a single stream with multiple layers. That allows sending a 1.2 mbs stream that has every resolution and bitrate you may need to scale down to given network conditions. SVC codec starts with a base layer that represents the minimum video quality and then there are subsequent layers on top where each layer add to the improvement in the video quality. In order to reconstruct the higher quality stream, first base layer is decoded and the subsequent enhancement layers are decoded to produce a video stream with certain desired characteristics. SVC codec was first released in the year 2007, during those days SVC support was only possible in ASIC. Now with faster CPU, SVC can be done in software today we have a lot faster CPUs.

### Application Layer QoS

Zoom developed application layer QoS (Quality of Service) that works between the cloud and the Zoom client. The algorithm constantly monitors the network condition by gathering telemetry data (CPU, Jitter Packet Loss, etc) and switches the stream to best adapt to the immediate parameters.

The adaption can be initiated from the client side. When client detect a bad network environment , the client can automatically downsize their own upstream video, so you're not killing your own downstream bandwidth.

17

Ex. 4

**Limiting bandwidth should only be done in very specific circumstances and Zoom strongly recommends reaching out to your Zoom support team for advice and consultation.**

For most deployments and situations, Zoom can adapt to changes or limitations in available bandwidth without additional policies. Zoom will always provide the best user experience when allowed to calculate what network capacity is available. If you decide to implement policies that limit bandwidth, you should be aware that reduced bandwidth will impact quality including device frame rate and video resolution.

Ex. 5

Another distinction between the VCAs is how their sending rates increase over time when network conditions improve. As noted in Section 4.2, Zoom has a step-like increase in sending rate over time. Furthermore, as seen in Figure 5(b), this stepped increase function can exceed the typical maximum video sending rate, suggesting that Zoom is actively probing for bandwidth, rather than employing a multiplicative rate increase function as used by GCC.

Ex. 6

18

# How Zoom Audio and Video Codecs Affect Bandwidth Usage

**Zoom-enabled devices and Zoom products utilize proprietary codec technology to adapt to network conditions and CPU usage**

Zoom's Adaptive Codec at the application layer optimizes performance with what we call the "Reactive QoS Layer." The Zoom application will adjust the video streams temporally (frames per second) and spatially (resolution).

✓ **Example**

If the Zoom Workplace desktop app is sending 720P resolution at 30 frames per second and the Reactive QOS layer detects that the CPU is highly utilized, the app will attempt to keep the same resolution but adjust to 15 frames per second to reduce the load on the CPU. If the Reactive QOS layer detects that the network I/O of the device itself is a bottleneck the Adaptive Codec will drop the resolution of all send/receive video streams to work within the available bandwidth. Taking these actions helps preserve audio for intelligible communication at low bandwidth.

Ex. 2

19



Ex. 10



Ex. 11