EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

PulseLink Systems, LLC
_____
Plaintiff

v.                                                    Civ. No. 2:26-00343-JRG-RSP
                                                              _____

Zoom Communications, INC.
_____
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:  Zoom Communications, Inc.
                             _____

Date Party's answer was originally due:                            05/21/2026
                                                              _____

Date Party's answer is now due (must not exceed 45 days after original due date):   07/06/2026
                                                              _____

Date: 05/12/2026            /s/    Benjamin Hershkowitz
      _____                 _____
                            Full Name: Benjamin Hershkowitz
                            State Bar No.: NY: 2600559
                            Address: 200 Park Avenue
                                     New York, NY 10166-0193


                            Phone: 1 212.351.2410
                            Fax:
                            Email: BHershkowitz@gibsondunn.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)