**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PULSELINK SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:26-cv-00343-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT, INVALIDITY, AND SUBJECT-MATTER ELIGIBILITY CONTENTIONS**

COMES NOW, Plaintiff PulseLink Systems, LLC ("PulseLink" or "Plaintiff"), and files this Unopposed Motion for Extension of Time to Serve Infringement, Invalidity, and Subject-Matter Eligibility Contentions and shows the Court as follows:

Plaintiff has requested, and Defendant Zoom Communications, Inc. is unopposed to, an extension of time until August 3, 2026 for Plaintiff to comply with P.R. 3-1 and P.R. 3-2.

Additionally, Defendant has requested and Plaintiff is unopposed to, an extension of time until October 26, 2026 for Defendant to comply with P.R. 3-3, 3-4 and serve its subject-matter eligibility contentions.

Wherefore Plaintiff respectfully requests the Court extend the deadlines for the parties to serve their infringement, invalidity, and subject-matter eligibility contentions up to and including August 3, 2026 and October 26, 2026 respectively.

DATED: July 23, 2026

Respectfully submitted,

By: *<u>/s/ Blair M. Jacobs by permission</u>*

*Claire A. Henry*
Blair M. Jacobs
Virginia Bar No. 32010
bjacobs@bsfllp.com
Christina A. Ondrick
Virginia Bar No. 45736
condrick@bsfllp.com
John S. Holley
Texas Bar No. 24078678
jholley@bsfllp.com
John Wittenzellner
Pennsylvania Bar. No. 308996
jwittenzellner@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. N.W.
Washington D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
Claire A. Henry
Texas Bar No. 24053063
claire@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
garret@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Tel: (903) 757-6400
Fax: (903) 757-2323

*Attorneys for Plaintiff*
*PulseLink Systems, LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff has met and conferred with counsel for Defendant and the relief requested in this motion is unopposed.

*/s/ Claire Abernathy Henry*