**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PULSELINK SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:26-cv-00343-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**<u>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT, INVALIDITY, AND SUBJECT-MATTER ELIGIBILITY CONTENTIONS</u>**

CAME ON FOR CONSIDERATION, Plaintiff PulseLink Systems, LLC ("PulseLink" or "Plaintiff's"), Unopposed Motion for Extension of Time to Serve Infringement, Invalidity, and Subject-Matter Eligibility Contentions. Having considered the motion, it is hereby GRANTED.

Accordingly, the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 is extended up to and including August 3, 2026.

IT IS FUTHER ORDERED, the deadline for Defendant Zoom Communications, Inc. to comply with P.R. 3-3, 3-4 and serve its subject-matter eligibility contentions is extended up to and including October 26, 2026.