**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PULSELINK SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:26-cv-343-JRG-RSP |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INITIAL AND ADDITIONAL DISCLOSURES**

Defendant Zoom Communications, Inc. ("Defendant") files this Unopposed Motion for Extension of Time to Serve Initial and Additional Disclosures and would show the Court as follows:

Pursuant to the Court's Order Setting Scheduling Conference, the deadline for the Parties to serve Initial and Additional Disclosures is August 10, 2026. *See* Dkt. No. 13 at 2. At this time, the Defendant respectfully seeks an extension of time up to and including September 14, 2026, for the Parties to serve their Initial and Additional Disclosures. There is good cause for this request. This case is in its early stages, and the Parties require additional time to investigate the claims and defenses at issue and to gather and prepare the information necessary for their Initial and Additional Disclosures. In addition, the deadline for Plaintiff to serve its infringement contentions has been extended, and the requested extension will keep the Parties' disclosure obligations aligned with that adjusted schedule. The requested schedule also accounts for the intervening Labor Day holiday and the associated reduced availability of counsel and party personnel. The requested extension is brief, will not affect any other deadline set by the Court, and will not prejudice any Party.

Defendant represents that the extension requested herein is not sought for the purpose of delay. Accordingly, Defendant respectfully request that the Court grant this Unopposed Motion and enter an order extending the deadline in which the Parties are required to serve their Initial and Additional Disclosures up to and including September 14, 2026.

Dated: July 28, 2026

Respectfully submitted,

*/s/ Melissa R. Smith*

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Benjamin Hershkowitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave
New York, NY 10166
(212) 351-2410
bhershkowitz@gibsondunn.com

*Attorney for Defendant*
*Zoom Communications, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(h). Counsel for Plaintiff indicated that Plaintiff does not oppose the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2026, the foregoing was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

*/s/ Melissa R. Smith*
Melissa R. Smith